

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-13-00344-CV

Style:                       Zurich American Insurance Company

                             v. Sandra A. Debose

Date motion filed*:          August 28, 2013

Type of motion:              Unopposed motion to file amended appellant's brief

Party filing motion:         Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:          Current Due date:
        Date Requested:

Ordered that motion is:

        ☑       Granted

                If document is to be filed, document due:

                ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances

        ☐       Denied

        ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐       Other: _____

Judge's signature:  /s/ Laura C. Higley
                    ☑ Acting individually      ☐ Acting for the Court

Panel consists of  _____

Date: August 30, 2013

November 7, 2008 Revision